CIVIL MINUTES/ORDER
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| WILLIAM J. KROHN, <br><br> Plaintiff(s), <br><br> vs. <br><br> DEPARTMENT OF VETERANS AFFAIRS MEDICAL CENTER, et al., <br><br> Defendant(s). | JUDGE PATRICIA A. GAUGHAN |
| | DATE: AUGUST 11, 2006 |
| | CASE NUMBER: 1:06CV845 |
| | COURT REPORTER: |
| | TYPE OF PROCEEDING: |

CASE MANAGEMENT CONFERENCE WAS SET. PLAINTIFF FAILED TO PERFECT SERVICE BY THE TIME ALLOWED BY LAW. CASE IS DISMISSED WITHOUT PREJUDICE.

/s/ Patricia A. Gaughan
JUDGE PATRICIA A. GAUGHAN